CO-386
10/2018

# United States District Court
# For the District of Columbia

NEW LIFECARE HOSPITALS OF CHESTER )
COUNTY LLC D/B/A LIFECARE HOSPITALS OF )
CHESTER COUNTY, et al. )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Plaintiff　　　)　　Civil Action No. __19-705_____
　　　　　　　vs　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
ALEX M. AZAR II, Secretary　　　　　　　　　)
United States Department of Health　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Defendant　　　)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Jason M. Healy_____
　　　　　　　　　　　　　　　　　　　　　　　Signature

__468569_____　　　　Jason M. Healy_____
BAR IDENTIFICATION NO.　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Ave., N.W., Suite 300___
　　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　　Washington　　　DC　　　　20006_____
　　　　　　　　　　　　　　　　　　　　　　　City　　　　　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　　　　　　202-706-7926_____
　　　　　　　　　　　　　　　　　　　　　　　Phone Number